ISAAC MEYEROWICH, Respondent, v. ÆTNA CASUALTY AND SURETY COMPANY and Another, Appellants.— Application denied, with ten dollars costs.

OWNERS HOLDING CORPORATION, Respondent, v. JACOB P. KISSLING and Others, Appellants.— Application granted.

VERON-GOLDMAN, INC., and Another, Respondents, v. GOLDSAR REALTY CORPORATION, Appellant.— Application denied, with ten dollars costs.

---

## FOURTH DEPARTMENT, JUNE, 1926.

THEODORE KRUG, Appellant, *v.* G. ELIAS & BROTHER, INC., Respondent.

*Sales — action to recover purchase price of sale by sample — evidence that plaintiff could have made delivery — minor objections waived — error to direct verdict for plaintiff on defendant's motion for part of plaintiff's claim.*

Appeal from a judgment of the Supreme Court, entered in the Erie county clerk's office on February 4, 1924, upon the verdict of a jury, rendered by direction of the court, directed upon defendant's motion in favor of plaintiff for a part of his claim, and in all other respects dismissing plaintiff's complaint.

PER CURIAM. The contract was for the sale of rough gunstocks known to be defective in quality. It was in writing and a sample was furnished. The defendant subsequent to the making of the contract examined the stock on several occasions, obtained other samples and took into its possession a total of 148. There was evidence from which the jury might have found that there were others of the same general shape and quality to enable plaintiff to make complete delivery of the 7,000 defendant agreed to purchase, and that as to minor variances there had been waiver of objections. (*Littlejohn* v. *Shaw*, 159 N. Y. 188.) It was, therefore, error for the court to direct a verdict and the judgment should be reversed and a new trial granted, with costs to appellant to abide the event. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ. All concur. Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL DELANEY, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ARTHUR V. LAWLER, as Executor, etc., of ALICE GOBEILLE, Deceased, Respondent, v. CARL E. TUCKER and GRACE TUCKER, Appellants, and DEVEAUX SCHOOL, Defendant.— Interlocutory judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ARTHUR V. LAWLER, as Executor, etc., of ALICE GOBEILLE, Deceased, Respondent, v. CARL E. TUCKER and GRACE TUCKER, Appellants, and DEVEAUX SCHOOL, Defendant.— Order denying motion for new trial on the ground of newly-discovered evidence affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

RODERICK POTTER and RAYMOND E. STREIT, as Executors, etc., of WILLIAM HENRY HOTCHKISS, Deceased, Appellants, v. THE CITY OF BUFFALO, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.